FILED
MAY 06 2010

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NATHANIEL HOWARD,

    Petitioner,

v.

MR. D. MILLS,

    Respondent.

Civil No. 09-267-AC

ORDER

ACOSTA, Magistrate Judge.

    IT IS ORDERED that Petitioner's Motion to Voluntarily Dismiss Habeas Corpus Petition (#24) is GRANTED.

    IT IS SO ORDERED.

    DATED this ____ day of May, 2010.

                                  John V. Acosta
                                  United States Magistrate Judge

1 - ORDER -